UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**MARCUS LEE HARRIS,**

   Plaintiff,

v.                     No. 4:24-cv-00052-P

**REYNOLDS AMERICAN, INC.,**

   Defendant.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and the Court's Order Accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge (ECF No. 9), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the above-styled civil action is **DISMISSED with prejudice**.

**SO ORDERED** on this **2nd day** of **May 2024.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE